UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~MASSACHUSETTS~~
New Hampshire

|                              |   |                                |
|------------------------------|---|--------------------------------|
| AHARON CHESLER,              | ) |                                |
| Plaintiff,                   | ) | Docket No. 1:24-cv-354-SM-TSM  |
| v.                           | ) |                                |
| SCOTT LAPINSKI AND BO ZARYCKYJ, | ) |                             |
| Defendants.                  | ) |                                |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Aharon Chesler, *pro se*, and Defendants, Scott Lapinski and Bo Zaryckyj, in their official capacities as employees of the University System of New Hampshire ("Defendants"), by and through their attorneys Sheehan Phinney Bass & Green, PA, hereby stipulate to dismissal of this case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and L.R. 41.1, with prejudice and with each party bearing its own legal fees, costs, and expenses, whether by statute or otherwise, and waiving any right to appeal.

Respectfully submitted,

**AHARON CHESLER**

Pro Se,

Dated: 1/17/2025

/S/AHARON CHESLER PRO SE
_____

83 Main St, GSS 11712
Durham, NH 03824
603-233-6785

**AND**

**SCOTT LAPINSKI AND BO ZARYCKYJ**

By Their Attorneys,

Dated: January 17, 2025

*/s/ Cassandra O. Rodgers*
Courtney H.G. Herz, Bar No. 17114
Cassandra O. Rodgers, Bar No. 275075
SHEEHAN PHINNEY BASS & GREEN,
PA 1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
603-627-8131; 603-627-8380
cherz@sheehan.com
crodgers@sheehan.com

## Certificate of Service

I hereby certify that on January 17, 2025, a copy of the foregoing was sent by first class mail to the following:

Aharon Chesler
83 Main St 11712
Granite Square Station
Durham, NH 03823

*/s/ Cassandra O. Rodgers*
Cassandra O. Rodgers